Jacob Harker (State Bar No. 261262)
LAW OFFICES OF JACOB HARKER
582 Market Street, Suite 1007
San Francisco, CA 94104
Tel: (415) 624-7602
Fax: (415) 684-7757
Email: jacob@harkercounsel.com

Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
2601C Blanding Avenue #271
Alameda, CA 94501
Tel: (415) 869-2873
Fax: (415) 869-2873
Email: legal@danbalsam.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| MIRA BLANCHARD *et al*, | ) Case No. 3:17-cv-01551-MMC |
| | ) |
| Plaintiffs, | ) **STIPULATION AND [~~PROPOSED~~]** |
| | ) **ORDER CONTINUING PLAINTIFFS'** |
| v. | ) **DEADLINE TO RESPOND TO FLUENT'S** |
| | ) **ANSWER** |
| FLUENT INC. *et al*, | ) |
| | ) |
| Defendants. | ) |

**BACKGROUND / BRIEF PROCEDURAL HISTORY**

On September 16, 2016, Plaintiffs Mira Blanchard *et al* filed – but did not serve – a lawsuit against Fluent Inc., Reward Zone USA LLC, RewardsFlow LLC, American Prize Center LLC, and Mohit Singla (collectively "Fluent") and other Defendants in the Superior Court of California, County of San Francisco for violations of Cal. Business & Professions Code § 17529.5. On December 20, 2016, Plaintiffs filed a First Amendment Complaint and served Fluent thereafter.

On March 22, 2017, Fluent timely removed the Action to the U.S. District Court for the Northern District of California (Docket #1). On March 29, 2017, Fluent filed an Answer (Docket #15).

Also on March 29, 2017, Defendant Sauphtware Inc. filed a Motion to Dismiss the FAC (Docket #14).

On April 3, 2017, Plaintiffs filed a Motion to Remand the Action on substantive and procedural grounds (Docket #16). On April 4, 2017, this Court issued its own Order Directing Fluent to Show Cause Why Action Should Not Be Remanded [and] Continuing Hearing on Sauphtware Inc.'s Motion to Dismiss (Docket #18).

On April 3, 2017, in light of the Court's signaling that it did not want to consider Sauphtware's Motion to Dismiss until first resolving the question of federal jurisdiction, and in the interest of reducing the burden on all parties and the Court, Plaintiffs asked Fluent to agree to continue their deadline to file a Rule 12(e) Motion for a More Definite Statement and/or Rule 12(f) Motion to Strike as to Fluent's Answer until 21 days after this Court rules on federal jurisdiction. On April 10, 2017, Fluent agreed to Plaintiffs' request.

//

//

//

//

//

//

//

//

## STIPULATION

Plaintiffs' deadline to file a Rule 12(e) and/or Rule 12(f) Motion as to Fluent's Answer is continued to 21 days after this Court rules on federal jurisdiction (if this Court finds federal jurisdiction).

THE LAW OFFICES OF DANIEL BALSAM

/s/ Daniel L. Balsam
Daniel L. Balsam
Attorney for Plaintiffs

GORDON & REES LLP

/s/ Andrew D. Castricone
Andrew D. Castricone
Attorney for Fluent Defendants

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: April 11, 2017

Hon. Maxine M. Chesney
U.S. District Court Judge