ANDREW D. CASTRICONE
acastricone@gordonrees.com
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:     (415) 986-5900
Facsimile:     (415) 262-3726

Attorneys for Defendants FLUENT, LLC
served and f/k/a FLUENT, INC.; REWARD ZONE
USA, LLC; REWARDSFLOW LLC; AMERICAN PRIZE
CENTER, LLC; and MOHIT SINGLA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| MIRA BLANCHARD *et al*, | ) Case No.       3:17-cv-01551-MMC |
| | ) |
| Plaintiffs, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER CONTINUING RESPONSE** |
| v. | ) **DATE TO ORDER TO SHOW CAUSE/** |
| | ) **AND MOTION TO REMAND** AND |
| FLUENT INC. *et al*, | ) CONTINUING HEARING TO JUNE 2, 2017 |
| | ) |
| Defendants. | ) |

## BACKGROUND / BRIEF PROCEDURAL HISTORY

On September 16, 2016, Plaintiffs Mira Blanchard *et al* filed – but did not serve – a

lawsuit against Fluent LLC, served and f/k/a Fluent Inc., Reward Zone USA LLC, RewardsFlow

LLC, American Prize Center LLC, and Monit Singla (collectively "Fluent") and other

Defendants in the Superior Court of California, County of San Francisco for violations of Cal.

**1**

Stipulation and [Proposed] Order
Continuing Response to OSC and
Opposition to Motion to Remand

Case No. 17-cv-01551 MMC

Business & Professions Code § 17529.5. On December 20, 2016, Plaintiffs filed a First Amendment Complaint and served Fluent thereafter.

On March 22, 2017, Fluent timely removed the Action to the U.S. District Court for the Northern District of California (Docket #1). On March 29, 2017, Fluent filed an Answer (Docket #15).

Also on March 29, 2017, Defendant Sauphtware Inc. filed a Motion to Dismiss the FAC (Docket #14).

On April 3, 2017, Plaintiffs filed a Motion to Remand the Action on substantive and procedural grounds (Docket #16). On April 4, 2017, this Court issued its own Order Directing Fluent to Show Cause Why Action Should Not Be Remanded [and] Continuing Hearing on Sauphtware Inc.'s Motion to Dismiss (Docket #18).

With respect to the Court's Order to Show Cause, Fluent is diligently investigating the citizenship of the defendants who are not within the collective definition of Fluent, or defendants Sauphtware to fully respond to the Court's Order. Unfortunately, the investigation is taking longer than anticipated, and additional time is needed.

On April 14, 2017, Fluent's counsel and plaintiffs' counsel agreed that an additional three weeks was appropriate and reasonable given the number of defendants involved, as well as plaintiffs' own efforts in alleging citizenship. Since the Order to Show Cause essentially subsumes some of the points in the pending Motion to Remand, it was agreed that it would be appropriate to request that the response to the Order to Show Cause, Opposition to the Motion to Remand, and Hearing on the Motion to Remand, all be continued for three weeks.

Stipulation and [Proposed] Order
Continuing Response to OSC and
Opposition to Motion to Remand

Case No. 17-cv-01551 MMC

## **STIPULATION**

Based on the foregoing, the parties hereby stipulate and agree to a three week continuance of the deadlines and motion hearing date. Fluent's Opposition to the Motion to Remand and Response to the Order to Show Cause, presently due on April 17, 2017 will now be due to be filed no later than May 8, 2017. The hearing on plaintiffs' motion to remand will be continued from May 12, 2017 to June 2, 2017, or the next available date for the Court.

THE LAW OFFICES OF DANIEL BALSAM

/s/ Daniel L. Balsam
Daniel L. Balsam
Attorney for Plaintiffs

GORDON & REES LLP

/s/ Andrew D. Castricone
Andrew D. Castricone
Attorney for Fluent Defendants

## **ATTESTATION**

In accordance with Civ.L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ Andrew D. Castricone
Andrew D. Castricone

## ~~**PROPOSED**~~ **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. It is further ordered that plaintiffs' reply, if any, shall be filed no later than May 15, 2017.

Dated: April 14, 2017

Hon. Maxine M. Chesney
United States District Court Judge

**3**

Stipulation and [Proposed] Order
Continuing Response to OSC and
Opposition to Motion to Remand

Case No. 17-cv-01551 MMC