IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRA BLANCHARD, et al.,

        Plaintiffs,

    v.

FLUENT, INC., et al.,

        Defendants.

Case No. 17-cv-01551-MMC

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTIONS FILED MAY 12, 2017**

Re: Dkt. Nos. 27, 28, 29

Before the Court are three motions filed by plaintiffs on May 12, 2017: (1) "Motion to Correct Names of Doe Defendants"; (2) "Motion to Substitute Name of Defendant," and (3) "Amended Motion to Remand to California Superior Court, and Request for Costs." The first two motions seek, in essence, to amend plaintiffs' First Amended Complaint, and the third motion seeks to revise plaintiffs' pending motion to remand on the basis of such amendments.

For the reasons stated in the Court's order of May 11, 2017, and to avoid potentially unnecessary briefing, the above-referenced three motions are hereby DENIED without prejudice to refiling after the Court has resolved the issue of whether diversity jurisdiction existed at the time of removal.

**IT IS SO ORDERED.**

Dated: May 12, 2017

MAXINE M. CHESNEY
United States District Judge