ANDREW D. CASTRICONE
acastricone@gordonrees.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3183
Facsimile: (415) 262-3726

Attorneys for Defendants FLUENT LLC;
REWARD ZONE USA, LLC; REWARDS FLOW, LLC;
AMERICAN PRIZE CENTER, LLC; and MOHIT SINGLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRA BLANCHARD, et al.;<br><br>Plaintiffs,<br><br>vs.<br><br>FLUENT, INC., a Delaware corporation; et al.;<br><br>Defendants. | CASE NO. 17-cv-01551-MMC<br><br>**DECLARATION OF MOHIT SINGLA IN SUPPORT OF REMOVAL OF ACTION AND OPPOSITION TO MOTION TO REMAND AND ORDER TO SHOW CAUSE (DKT NOS. 16 AND 18) BY DEFENDANTS FLUENT, LLC, ET AL.**<br><br>Complaint filed in San Francisco County Superior Court September 16, 2016 (Case No. CGC 16-554299) |

I, Mohit Singla, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if necessary, I would and could competently testify thereto if called as a witness in this matter.

2. I am named as a defendant in this matter. I am a full time employee and Director of Compliance of Defendant Fluent, LLC and its wholly owned subsidiaries, Defendants RewardZoneUSA LLC, RewardsFlow LLC and American Prize Center LLC.

3. I was born in and am a full time resident and citizen of the State of New York.

4. I currently reside in Sunnyside, New York, hold a New York Driver's license and am a registered New York voter.

-1-

5. I have never been a resident or citizen of the State of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of May, 2017 at New York, New York.

_____
Mohit Singla

DECL. OF MOHIT SINGLA IN SUPP. OF REMOVAL/
OPP TO MOTION TO REMAND/OSC

Case No. 17-cv-01551-MMC