ANDREW D. CASTRICONE
acastricone@gordonrees.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 875-3183
Facsimile:    (415) 262-3726

Attorneys for Defendants FLUENT LLC;
REWARD ZONE USA, LLC; REWARDS FLOW, LLC;
AMERICAN PRIZE CENTER, LLC; and MOHIT SINGLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRA BLANCHARD, et al.;<br><br>                    Plaintiffs,<br><br>    vs.<br><br>FLUENT, INC., a Delaware corporation; et al.;<br><br>                    Defendants. | CASE NO. 17-cv-01551-MMC<br><br>**DECLARATION OF JEFF RICHARD IN SUPPORT OF REMOVAL OF ACTION AND OPPOSITION TO MOTION TO REMAND AND ORDER TO SHOW CAUSE (DKT NOS. 16 AND 18) BY DEFENDANTS FLUENT, LLC, ET AL.**<br><br>Complaint filed in San Francisco County Superior Court September 16, 2016 (Case No. CGC 16-554299) |

I, Jeff Richard, declare as follows:

1.     I have personal knowledge of the facts set forth herein and, if necessary, I would and could competently testify thereto if called as a witness in this matter.

2.     I am Senior Operations Manager, Data & Compliance for Defendants Fluent LLC, along with related defendants RewardZone USA, LLC, Rewards Flow LLC, American Prize Center LLC and Mohit Singla, are collectively referred to herein as "Fluent."

3.     As a normal part of Fluent's day-to-day business, we utilize several tools to assist with monitoring, reporting and enforcing various policies put into place by Fluent to support its business, inclusive of any applicable laws or regulations cited by those policies.  With this

-1-

DECL. OF JEFF RICHARD IN SUPP. OF REMOVAL/                                            Case No. 17-cv-01551-MMC
OPP TO MOTION TO REMAND/OSC

investigation, four important tools were utilized by Fluent to locate the citizenship of the unserved Defendants, who, as defined by the Plaintiffs, are "Andres Mary," "Priscila Arekelian," "Diego Rufino," "Concept Network," "AdReaction," "Anglo IDITech," and "FortAnalysis8 Develop."

4. The tools utilized by Fluent in the investigation were:

- Fluent's Compliance Staff:  Fluent employs, five full-time, Compliance Team members charged with monitoring, reporting and enforcing Fluent policies, inclusive of any applicable laws or regulations cited by those policies.

- Fluent's Lashback Account:  Fluent maintains a paid Lashback Account (http://www.lashback.com).   Lashback is a leading provider of compliance services, brand protection and competitive intelligence to digital marketers.  Fluent utilizes the ComplianceMonitor, BrandAlert and ListMonitor tools to assist with monitoring, reporting and enforcing Fluent policies, inclusive of any applicable laws or regulations cited by those policies.

- Fluent's DomainIQ Account:  Fluent maintains a paid DomainIQ Account (http://www.domainiq.com).   DomainIQ is a research tool trusted by government agencies and legal firms.  The Domain IQ tools assist Fluent's Compliance Staff with domain name & IP address WHOIS queries, domain name ownership & contact information, the server(s) domain names are hosted on, domain name ownership history and identifying similar domain names just to name a few.

- Compliance Staff SSH Client:  An SSH Client is software which uses the SSH protocol, also known as the Secure Socket Shell, to connect securely to a remote computer.  Fluent uses an SSH Client called PuTTY (https://en.wikipedia.org/wiki/PuTTY).  Tools installed on the remote computer are then used through the SSH interface, such as DIG (Domain Information Grabber), nslookup and other tools.  These tools are commonly used for gathering DNS (Domain Name System) information for IP addresses, domain names and hostnames.

5. Fluent's Investigative Procedure of the unserved Defendants commenced with the review of one or more domain names alleged by the Plaintiffs to have been used by the Defendants to send alleged spam, which we compiled in the attached exhibits.  For each unserved Defendant, we reviewed:

a. Any current or past domain name ownership records;
b. Any current or past domain name contact details;

-2-

DECL. OF JEFF RICHARD  IN SUPP. OF  REMOVAL/  OPP TO MOTION TO REMAND/OSC

Case No. 17-cv-01551-MMC

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

      c. Any current or past IP addresses associated with any of the domain names;
      d. Other domain names associated with any current or past IP addresses;
      e. Other domain names owned by the same, similar or related registrant name(s);
      f. Other domain names containing the same or nearly identical contact information;
      g. Current and past Name Server information;
      h. Current Zone File information resulting from our SSH Client queries (DIG, nslookup, etc.);
      i. Any email messages archived within the Fluent Lashback account containing any of the domain names Plaintiff alleges Defendants used to send alleged spam, and any domain names that may be related to those domain names cited by Plaintiffs;

6. Our investigative findings helped us confirm the citizenship or presumed citizenship for several the unserved defendants.

7. With respect to Defendants Andres Mary, Priscila Arekelian, Diego Rufino and Concept Network, we are informed and believe, through extensive investigations by our Compliance Team, that each are related to Dos Monos S.A.; a foreign business entity believed to be formed and resident in the country of Argentina ("DOS MONOS"). Attached hereto as Exhibit "DM4" is true and correct corporate taxation document retrieved from https://afip.gob.ar, and the applicable WHOIS record for dosmonos.com showing the relationship between with the contact information in the taxation document and the contact information in the domain name WHOIS record.

8. Specific to the individual unserved Defendants Andres Mary, Priscila Arekelian [sic, correct spelling is Arakelian] and Diego Rufino, Fluent is further informed and believes, through its Compliance Team's investigation, that each is a former or current employee of DOS MONOS and residents of Argentina. Based on the following, Fluent is also informed and believes that their names existing in domain name WHOIS records is limited to their capacity as employees of DOS MONOS at the time.

9. Attached hereto as Exhibit "DM1" is a true and correct copy of our investigation

-3-

DECL. OF JEFF RICHARD IN SUPP. OF REMOVAL/                 Case No. 17-cv-01551-MMC
OPP TO MOTION TO REMAND/OSC

1  specific to the 'wantcouplenow.com' domain name alleged by Plaintiffs to belong to Andres

2  Mary.  Fluent's Compliance Team's investigations reveal this domain name belongs to DOS

3  MONOS as catalogued by Fluent's Domainiq.com account.  This Exhibit shows the January

4  2016 archived WHOIS record with the Andres Mary's name, and the May 2013 archived

5  WHOIS record shows a DOS MONOS contact email address.

6      10.     Attached hereto as Exhibit "DM2" is a true and correct copy of our investigation

7  specific to the 'espchatsocial.com' domain name alleged by Plaintiff's to belong to Priscila

8  Arekelian, a name relied upon by the Plaintiffs - which was misspelled in the pleadings.  As with

9  Mr. Mary, Fluent's Compliance Team's investigations reveal this domain name belongs to DOS

10  MONOS as catalogued by Fluent's Domainiq.com account.  Exhibit DM2 shows the April 2015

11  archived WHOIS record for 'espchatsocial.com' with the Priscila Arakelian name (the correct

12  spelling); the November 2016 archived WHOIS record for 'espchatsocial.com' showing a

13  'thegreatmarketcorp.com' contact email address, and a DOS MONOS contact email address in

14  the May 2012 archived 'thegreatmarketcorp.com's WHOIS record.

15      11.     Attached hereto as Exhibit "DM3," is a true and correct copy of our investigation

16  specific to the 'moreservices4less.com' domain name alleged by Plaintiff's to belong to Diego

17  Rufino.  Fluent's Compliance Team's investigations reveal this domain name belongs to DOS

18  MONOS as catalogued by Fluent's Domainiq.com account.  Exhibit DM3 shows the September

19  2015 archived WHOIS record for 'moreservices4less.com' with the Diego Rufino name and the

20  April 2014 archived WHOIS record showing a DOS MONOS contact email address.

21      12.     Attached hereto as Exhibit "DM5," is a true and correct copy of our investigation

22  specific to the connection between 'Concept Network', the postal address of related domain

23  names, "OneStop Corp" and DOS MONOS.  Fluent is informed and believes, through its

24  Compliance Team's investigations, that 'Concept Network' is some type of trade or brand name

25  established by DOS MONOS for use in their business.  The postal address found in the

26  conceptnetworkgroup.com WHOIS record, 228 Park Avenue S. #31190, Seattle, WA 98104-

27  2818, does indeed look incorrect as noted by Plaintiffs, specifically the City, State and Zip Code.

28

-4-

DECL. OF JEFF RICHARD IN SUPP. OF REMOVAL/  
OPP TO MOTION TO REMAND/OSC

Case No. 17-cv-01551-MMC

**Gordon Rees Scully Mansukhani, LLP**  
**275 Battery Street, Suite 2000**  
**San Francisco, CA 94111**

Fluent believes this postal address should be 228 Park Avenue S. #31190, New York, NY 10003 and is believed to be an oversight by DOS MONOS.

13. With respect to unserved Defendant 'AdReaction', FLUENT is informed and believes, through its Compliance Team's extensive investigation, that 'AdReaction' is related to a British Columbia, Canadian entity named 'North Island Marketing Corp'. Attached hereto as Exhibit "NI1," is a true and correct copy of the results of our investigation specific to North Island Marketing Corp, which shows the entity's incorporation ID (0841776) as reported by the British Columbia Ministry of Finance's Corporate Registries located at http://www.bclaws.ca/civix/document/id/corpreg/corpreg/crpn1218fin1008/search/CIVIX_DOCUMENT_ROOT_STEM:(0841776)?1#hit1.

14. Attached hereto as Exhibit "NI2," is a true and correct copy of our investigation specific to the WHOIS records for 'akykoowh.com' a domain Plaintiff alleges belongs to AdReaction, and a related domain name 'weekemails.com', both showing the alleged principal place of business in Dubai, United Arab Emirates with the Registrant Names of "Mohammad Abboud" and "Saeed Al Haj" respectively.

15. Attached hereto as Exhibit "NI3," is a true and correct copy of our investigation specific to the IP Address allocated to the domain name 'akykoowh.com'; 185.66.136.254, as retrieved using a DIG command (Domain Information Grabber) within the Compliance Staff SSH Client on May 5th, 2017.

16. Attached hereto as Exhibit "NI4," is a true and correct copy of our investigation specific to 291 additional related domain names assigned to the same IP address of 185.66.136.254, along with the Registrant Names of Mohammad Abboud (260 of the 291), Saeed Al Haj (30 of the 291) and Alex Carey (1 of the 291). These domain names are related because the assignment of the IP address is dedicated to only 291 domain names, 290 of which, upon information and belief, were dedicated for email marketing purposes and one domain name, upon information and belief, is related to the corporate entity.

17. Attached hereto as Exhibit "NI5," is a true and correct copy of our investigation

1  specific to the WHOIS record for 'invitationemail.net' containing the Alex Carey Registrant

2  Name and a contact email address containing 'invitationemail.com', along with the WHOIS

3  record of 'invitationemail.com' having a contact email address containing

4  'northislandmktg.com'.

5      18.    Attached hereto as Exhibit "NI6," is a true and correct copy of our investigation

6  specific to the WHOIS record for 'northislandmktg.com' and 'northislandmarketing.com', each

7  detailing the principal place of business in British Columbia, Canada.

8      19.    Regarding unserved Defendants 'Anglo IDITech' and 'FortAnalysis8 Develop',

9  Fluent is informed and believes, through its Compliance Team's extensive investigation, that

10 'Anglo IDITech' and 'FortAnalysis8 Develop' are related to a Delaware entity named

11 'Experions.com, LLC', with, upon information and belief, has a principal place of business in

12 Boca Raton, FL.

13     20.    Fluent is further informed and believes, again, that Plaintiffs relied upon

14 information that was misspelled, specifically the domain name 'apdantag.com' as it applies to

15 the unserved Defendant 'Anglo IDITech'.  The domain name 'apdantag.com' has never been

16 registered based on Fluent's historical look-back using their DomainIQ.com account, nor can

17 Fluent find any email from this domain name in a thorough review of Fluent's Lashback account.

18 Through Fluent's Compliance Team's research of 'Anglo IDITech' as a registrant name, it was

19 presumed that 'apdantag.net' may be the correct domain, so we commenced our review based on

20 this finding and determination.

21     21.    Attached hereto as Exhibit "PL1," is a true and correct copy of our investigation

22 specific to the archived WHOIS record for 'apdantag.net' that contains the 'Anglo IDITech'

23 registrant name as of August 13, 2015.

24     22.    Attached hereto as Exhibit "PL2," is a true and correct copy of an email for some

25 type of Life Insurance product found within Fluent's Lashback account, also dated August 13,

26 2015.  This email contains the 'apdantag.net' domain name within the "From" email address and

27 contains a related domain name of 'masteroic.com', which was used to host at least one image in

28

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  the email (http://masteroic.com/16h53e227r4e/g1.png).

2      23.    Attached hereto as Exhibit "PL3," is a true and correct copy of our investigation

3  specific to the archived WHOIS record for 'masteroic.com' that contains a postal address of

4  '1090 Kings Hwy #338, New Bedford, MA', dated June 18, 2015.

5      24.    Attached hereto as Exhibit "PL4," is a true and correct copy of a Google search

6  conducted on May 15, 2017 for the postal address found in Exhibit PL3; '1090 Kings Hwy #338,

7  New Bedford, MA' and a related domain name called 'kiaventure.com'.

8      25.    Attached hereto as Exhibit "PL5," is a true and correct copy of the most recent

9  archived record for kiaventure.com found, dated January 10, 2016, showing the exact same

10 postal address as 'masteroic.com'.

11     26.    Attached hereto as Exhibit "PL6," is a true and correct copy of our investigation

12 specific to the WHOIS record for the IP address assigned to the kiaventure.com email server

13 (151.80.207.49) and a related domain name, 'se2buy.net'.

14     27.    Attached hereto as Exhibit "PL7," is a true and correct copy of our investigation

15 specific to the archived WHOIS record for se2but.net dated March 25, 2015, showing a contact

16 email address using the domain name 'sellis.biz'.

17     28.    Attached hereto as Exhibit "PL8," is a true and correct copy of our investigation

18 specific to the archived WHOIS record for 'sellis.biz', showing contact information for 'Gregory

19 Hollimon' at 1360 Sunset Dr., #13b, Grenada, MS.

20     29.    Attached hereto as Exhibit "PL9," is a true and correct copy of our investigation

21 specific to the WHOIS record for IP address 159.8.36.192, showing the same contact

22 information for Gregory Hollimon, an entity named 'Experions' and a contact email address

23 containing 'experions.com'.

24     30.    Attached hereto as Exhibit "PL10," is a true and correct copy of a January 1, 2017

25 archived WHOIS for 'experions.com' with the postal address of "455 E. Palmetto Park Rd., Unit

26 2w, Boca Raton, FL 33432", which, upon information and belief, is a business location.

27     31.    With respect to our investigation specific to 'FortAnalysis8 Develop', attached

28

-7-

DECL. OF JEFF RICHARD IN SUPP. OF REMOVAL/   Case No. 17-cv-01551-MMC
OPP TO MOTION TO REMAND/OSC

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  hereto as Exhibit "PL11," is a true and correct copy of the archived WHOIS record for

2  'cleachowlicort.com' as of August 13, 2015 showing the 'FortAnalysis8 Develop' registrant

3  name and a contact email address containing the domain name 'advancourt.com'.

4      32.    Attached hereto as Exhibit "PL12," is a true and correct copy of the WHOIS

5  record for the IP address assigned (216.245.193.66) to the 'cleachowlicort.com' email server,

6  along with the 'advancourt.com' email server, and a 3rd related domain name, 'solventiv.net'.

7      33.    Attached hereto as Exhibit "PL13," is a true and correct copy of an email

8  retrieved from the Fluent Lashback account linking the 'solventiv.net' domain name and the

9  'masteroic.com' domain name seen in Exhibits PL2 and PL3.  The linkage between

10  'apdantag.net', 'cleachowlicort.com', 'solventiv.net' and 'masteroic.com' form the foundation

11  for Fluent's belief on the link to 'Experions.com, LLC'.

12      34.    Attached hereto as Exhibit "PL14," is a true and correct copy of the business

13  registration in Delaware for 'Experions.com, LLC'.  The Delaware Secretary of State website

14  (https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx), does not list the

15  Managers or Managing Members of a Delaware LLC.  Fluent is continuing its investigation in

16  order to allege the citizenship of its member(s) to establish complete diversity, and Fluent will

17  file a supplemental declaration regarding this effort.  If this incomplete issue impacts the Court's

18  jurisdictional ruling, it is respectfully requested that the Court afford Fluent additional time to

19  assess this issue.

21      I declare under penalty of perjury under the laws of the United States of America that the

22  foregoing is true and correct.  Executed this 18th day of May, 2017 at New York, New York.

    /s/ Jeff Richard
    Jeff Richard

-8-

DECL. OF JEFF RICHARD IN SUPP. OF REMOVAL/ OPP TO MOTION TO REMAND/OSC     Case No. 17-cv-01551-MMC