1  ANDREW D. CASTRICONE
   acastricone@gordonrees.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone:   (415) 875-3183
4  Facsimile:   (415) 262-3726

5  Attorneys for Defendants FLUENT, INC.;
   REWARD ZONE USA, LLC; REWARDS FLOW, LLC;
6  AMERICAN PRIZE CENTER, LLC; and MOHIT SINGLA

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 MIRA BLANCHARD, et al.;            ) CASE NO. 17-cv-01551-MMC
                                      )
12              Plaintiffs,           ) **DECLARATION OF GUY NEVO IN**
                                      ) **SUPPORT OF REMOVAL OF ACTION**
13     vs.                            ) **AND OPPOSITION TO MOTION TO**
                                      ) **REMAND AND ORDER TO SHOW**
14 FLUENT, INC., a Delaware corporation; et al.; ) **CAUSE (DKT NOS. 16 AND 18) BY**
                                      ) **DEFENDANTS FLUENT, INC., ET AL.**
15              Defendants.           )
                                      )
16                                    )
                                      ) Complaint filed in San Francisco County
17                                    ) Superior Court September 16, 2016 (Case
                                      ) No. CGC 16-554299)
18

19     I, Guy Nevo, declare as follows:

20     1.     I have personal knowledge of the facts set forth herein and, if necessary, I would

21 and could competently testify thereto if called as a witness in this matter.

22     2.     I am the President of Dos Monos, an Argentinian digital marketing company, which is

23 not a party to this matter.

24     3.     Defendant Concept Network is a fictitious business name of Dos Monos.

25     4.     Defendant Andres Mary is a former employee of Dos Monos and was employed at our

26 offices in Argentina. Upon information and belief, Mr. Mary has been a citizen of Argentina for his entire

27 life.                                                    os, he was not a citizen of California, nor

28                                            -1-
   DECL. OF GUY NEVO IN SUPP. OF REMOVAL/                              Case No. 17-cv-01551-MMC
   OPP TO MOTION TO REMAND

1  the United States and to my knowledge has never lived in California.

2       5.

3  and are employed at our offices in Argentina. Upon information and belief, both Ms. Arekelian and Mr.

4  Rufino have been citizens of Argentina their entire lives.  During the time of their employment with Dos

5  Monos, they were not citizens of California, nor the United States and to my knowledge have never lived

6  in California.

8       I declare under penalty of perjury under the laws of the United States of America that the

9  foregoing is true and correct.  Executed this 17th  day of May, 2017 at Had Nes, Israel.

_____
Guy Nevo

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

DECL. OF GUY NEVO  IN SUPP. OF  REMOVAL/ OPP TO MOTION TO REMAND                                Case No. 17-cv-01551-MMC