IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRA BLANCHARD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLUENT, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-01551-MMC<br><br>**ORDER DIRECTING DEFENDANT FLUENT, LLC TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

On May 18, 2017, Fluent, LLC ("Fluent") electronically filed its "Opposition to Plaintiffs' Motion to Remand and Response to Order to Show Cause Re: Remand," along with four supporting declarations, two with exhibits attached. Fluent has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Fluent is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Fluent is hereby advised that if it fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy has not been timely

provided to the Court.

**IT IS SO ORDERED.**

Dated: May 25, 2017

MAXINE M. CHESNEY
United States District Judge