IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRA BLANCHARD, et al.,<br>    Plaintiffs,<br>v.<br>FLUENT, INC., et al.,<br>    Defendants. | Case No. 17-cv-01551-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION TO REMAND; VACATING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Re: Dkt. No. 16 |

Before the Court is plaintiffs' "Motion to Remand," filed April 3, 2017. Defendant Fluent, LLC has filed opposition, to which plaintiffs have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for June 9, 2017.

In light of the pending jurisdictional issue, the Case Management Conference, presently scheduled for June 23, 2017, is hereby VACATED, and will be reset if the Court determines it has jurisdiction. Further, the parties are relieved of their obligation to comply with the ADR deadlines until resolution of the jurisdictional issue.

**IT IS SO ORDERED.**

Dated: June 2, 2017

MAXINE M. CHESNEY
United States District Judge